UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:13-cr-0214-RLY-DML-1 |
| | ) | |
| ELIJAH BRENT HOWARD, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Elijah Howard's supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant's supervised release is modified to include residing at Volunteers of America Residential Reentry Center (not on lockdown status) for a period of six (6) months to commence after Defendant is released from the custody of Monroe County. Defendant must report to his probation officer within 48 hours of being released by Monroe County.

SO ORDERED this 14th day of May 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

U. S. Parole and Probation

U. S. Marshal